UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARREN JOHNSON, *et al.*, <br> Plaintiffs, <br> v. <br> GILEAD SCIENCES, INC., <br> Defendant. | Case No. 23-cv-01439-SI <br><br> Also to be filed in 18-cv-6972 JST <br><br> **RELATED CASE REFERRAL** |

This case was just reassigned to the undersigned judge. The complaint states that this case is related to an action pending before Judge Tigar. Pursuant to Civil Local Rule 3-12(c), the Court refers this case to Judge Tigar for a determination of whether it is related to *Holley et al. v. Gilead Sciences, Inc.*, 18-cv-6972 JST.

**IT IS SO ORDERED**.

Dated: July 24, 2023

SUSAN ILLSTON
United States District Judge