Eva M. Weiler (SBN: 233942)
eweiler@shb.com
SHOOK, HARDY & BACON L.L.P.
Jamboree Center
5 Park Plaza, Suite 1600
Irvine, California 92614-2546
Telephone: 949-475-1500
Facsimile: 949-475-0016

Attorneys for Defendant
GILEAD SCIENCES, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARREN JOHNSON, et al., | Case No.: 4:23-cv-01439-JST |
| Plaintiff, | Judge: Hon. John S. Tigar |
| vs. | **NOTICE OF APPEARANCE** |
| GILEAD SCIENCES, INC., | |
| Defendants. | |

TO THE COURT, ALL PARTIES, AND ALL COUNSEL OF RECORD:

PLEASE TAKE NOTICE of the appearance of Eva M. Weiler of Shook, Hardy & Bacon L.L.P., as counsel of record for Defendant Gilead Sciences, Inc. in the above-referenced action. Copies of all pleadings and notices pertaining to the above entitled matter should be forwarded to counsel at the following address:

Eva M. Weiler
eweiler@shb.com
SHOOK, HARDY & BACON L.L.P.
5 Park Plaza, Ste. 1600
Irvine, California 92692
Tel: (949) 475-1500
Fax: (949) 475-0016

Ms. Weiler is admitted to practice and in good standing in the State of California and is admitted to practice in the United States District Court for the Northern District of California.

Dated:  December 8, 2023                               SHOOK, HARDY & BACON L.L.P.


By: _____/s/  *Eva M. Weiler*_____
         Eva M. Weiler
         Attorneys for Defendant
         GILEAD SCIENCES, INC.

2

NOTICE OF APPEARANCE

4884-4434-9334