# EXHIBIT A

| LMI ID | Plaintiff Name | Case Name | Case Number | Plaintiff Counsel | Date of Consolidation | PFS Original Due Date | PFS Extended Due Date | Date Delinquency Letter Delivered | Delinquency Response Due Date | Counsel Correspondence Date |
|---|---|---|---|---|---|---|---|---|---|---|
| 1152741 | Lytch, Angel | Lytch v. Gilead Sciences, Inc. | 4:23-cv-01715-JST | Ian Kaufman Law, LLC | 4/19/2023 | 6/18/2023 | 8/2/2023 | 8/14/2023 | 9/13/2023 | 12/11/2023 |
| 1153008 | Hurtado, Dominic | Danner, et al. v. Gilead Sciences, Inc. | 4:23-cv-01517-JST | Hilliard Martinez Gonzales LLP | 4/19/2023 | 6/18/2023 | | 6/19/2023 | 7/19/2023 | 12/11/2023 |
| 1153009 | Jenkins, Tammy | Danner, et al. v. Gilead Sciences, Inc. | 4:23-cv-01517-JST | Hilliard Martinez Gonzales LLP | 4/19/2023 | 6/18/2023 | | 6/19/2023 | 7/19/2023 | 12/11/2023 |
| 1153010 | Jones, Dexter | Danner, et al. v. Gilead Sciences, Inc. | 4:23-cv-01517-JST | Hilliard Martinez Gonzales LLP | 4/19/2023 | 6/18/2023 | | 6/19/2023 | 7/19/2023 | 12/11/2023 |
| 1153012 | Jackson, Keith | Danner, et al. v. Gilead Sciences, Inc. | 4:23-cv-01517-JST | Hilliard Martinez Gonzales LLP | 4/19/2023 | 6/18/2023 | | 6/19/2023 | 7/19/2023 | 12/11/2023 |
| 1153014 | Henley, Brian | Danner, et al. v. Gilead Sciences, Inc. | 4:23-cv-01517-JST | Hilliard Martinez Gonzales LLP | 4/19/2023 | 6/18/2023 | | 6/19/2023 | 7/19/2023 | 12/11/2023 |
| 1153016 | Harris, Julia | Danner, et al. v. Gilead Sciences, Inc. | 4:23-cv-01517-JST | Hilliard Martinez Gonzales LLP | 4/19/2023 | 6/18/2023 | | 6/19/2023 | 7/19/2023 | 12/11/2023 |
| 1153017 | Harris, Garrie | Danner, et al. v. Gilead Sciences, Inc. | 4:23-cv-01517-JST | Hilliard Martinez Gonzales LLP | 4/19/2023 | 6/18/2023 | | 6/19/2023 | 7/19/2023 | 12/11/2023 |
| 1153018 | Harris, Brenda | Danner, et al. v. Gilead Sciences, Inc. | 4:23-cv-01517-JST | Hilliard Martinez Gonzales LLP | 4/19/2023 | 6/18/2023 | | 6/19/2023 | 7/19/2023 | 12/11/2023 |
| 1153019 | Harper, Tanyika | Danner, et al. v. Gilead Sciences, Inc. | 4:23-cv-01517-JST | Hilliard Martinez Gonzales LLP | 4/19/2023 | 6/18/2023 | | 6/19/2023 | 7/19/2023 | 12/11/2023 |
| 1153022 | Gray, Wiley | Danner, et al. v. Gilead Sciences, Inc. | 4:23-cv-01517-JST | Hilliard Martinez Gonzales LLP | 4/19/2023 | 6/18/2023 | | 6/19/2023 | 7/19/2023 | 12/11/2023 |
| 1153023 | Gomez, Jorge | Danner, et al. v. Gilead Sciences, Inc. | 4:23-cv-01517-JST | Hilliard Martinez Gonzales LLP | 4/19/2023 | 6/18/2023 | | 6/19/2023 | 7/19/2023 | 12/11/2023 |
| 1153024 | Green, Michael | Danner, et al. v. Gilead Sciences, Inc. | 4:23-cv-01517-JST | Hilliard Martinez Gonzales LLP | 4/19/2023 | 6/18/2023 | | 6/19/2023 | 7/19/2023 | 12/11/2023 |
| 1153025 | Goggin, Cynthia | Danner, et al. v. Gilead Sciences, Inc. | 4:23-cv-01517-JST | Hilliard Martinez Gonzales LLP | 4/19/2023 | 6/18/2023 | | 6/19/2023 | 7/19/2023 | 12/11/2023 |
| 1153027 | Foster, Waldo | Danner, et al. v. Gilead Sciences, Inc. | 4:23-cv-01517-JST | Hilliard Martinez Gonzales LLP | 4/19/2023 | 6/18/2023 | | 6/19/2023 | 7/19/2023 | 12/11/2023 |
| 1153028 | Edwards, Karen | Danner, et al. v. Gilead Sciences, Inc. | 4:23-cv-01517-JST | Hilliard Martinez Gonzales LLP | 4/19/2023 | 6/18/2023 | | 6/19/2023 | 7/19/2023 | 12/11/2023 |
| 1153032 | Freeman, Tavares | Danner, et al. v. Gilead Sciences, Inc. | 4:23-cv-01517-JST | Hilliard Martinez Gonzales LLP | 4/19/2023 | 6/18/2023 | | 6/19/2023 | 7/19/2023 | 12/11/2023 |
| 1153036 | DiMaggio, Cathleen | Danner, et al. v. Gilead Sciences, Inc. | 4:23-cv-01517-JST | Hilliard Martinez Gonzales LLP | 4/19/2023 | 6/18/2023 | | 6/19/2023 | 7/19/2023 | 12/11/2023 |
| 1153039 | Danner, Andres | Danner, et al. v. Gilead Sciences, Inc. | 4:23-cv-01517-JST | Hilliard Martinez Gonzales LLP | 4/19/2023 | 6/18/2023 | | 6/19/2023 | 7/19/2023 | 12/11/2023 |
| 1153043 | Christian, Michael | Danner, et al. v. Gilead Sciences, Inc. | 4:23-cv-01517-JST | Hilliard Martinez Gonzales LLP | 4/19/2023 | 6/18/2023 | | 6/19/2023 | 7/19/2023 | 12/11/2023 |
| 1153048 | Byrd, Cameshia | Danner, et al. v. Gilead Sciences, Inc. | 4:23-cv-01517-JST | Hilliard Martinez Gonzales LLP | 4/19/2023 | 6/18/2023 | | 6/19/2023 | 7/19/2023 | 12/11/2023 |
| 1153054 | Ayala, Raphael | Danner, et al. v. Gilead Sciences, Inc. | 4:23-cv-01517-JST | Hilliard Martinez Gonzales LLP | 4/19/2023 | 6/18/2023 | | 6/19/2023 | 7/19/2023 | 12/11/2023 |
| 1153056 | Ammons, Marybeth | Danner, et al. v. Gilead Sciences, Inc. | 4:23-cv-01517-JST | Hilliard Martinez Gonzales LLP | 4/19/2023 | 6/18/2023 | | 6/19/2023 | 7/19/2023 | 12/11/2023 |
| 1153057 | Abney, Vernon | Danner, et al. v. Gilead Sciences, Inc. | 4:23-cv-01517-JST | Hilliard Martinez Gonzales LLP | 4/19/2023 | 6/18/2023 | | 6/19/2023 | 7/19/2023 | 12/11/2023 |

| LMI ID | Plaintiff Name | Case Name | Case Number | Plaintiff Counsel | Date of Consolidation | PFS Original Due Date | PFS Extended Due Date | Date Delinquency Letter Delivered | Delinquency Response Due Date | Counsel Correspondence Date |
|---|---|---|---|---|---|---|---|---|---|---|
| 1153058 | Saulsby, Gary | Danner, et al. v. Gilead Sciences, Inc. | 4:23-cv-01517-JST | Hilliard Martinez Gonzales LLP | 4/19/2023 | 6/18/2023 | | 6/19/2023 | 7/19/2023 | 12/11/2023 |
| 1153062 | Sipling, Thomas | Danner, et al. v. Gilead Sciences, Inc. | 4:23-cv-01517-JST | Hilliard Martinez Gonzales LLP | 4/19/2023 | 6/18/2023 | | 6/19/2023 | 7/19/2023 | 12/11/2023 |
| 1153063 | Skidmore, Daniel | Danner, et al. v. Gilead Sciences, Inc. | 4:23-cv-01517-JST | Hilliard Martinez Gonzales LLP | 4/19/2023 | 6/18/2023 | | 6/19/2023 | 7/19/2023 | 12/11/2023 |
| 1153067 | Tripp, Mark | Danner, et al. v. Gilead Sciences, Inc. | 4:23-cv-01517-JST | Hilliard Martinez Gonzales LLP | 4/19/2023 | 6/18/2023 | | 6/19/2023 | 7/19/2023 | 12/11/2023 |
| 1153072 | Roberts, John | Danner, et al. v. Gilead Sciences, Inc. | 4:23-cv-01517-JST | Hilliard Martinez Gonzales LLP | 4/19/2023 | 6/18/2023 | | 6/19/2023 | 7/19/2023 | 12/11/2023 |
| 1153073 | Richardson, Randy | Danner, et al. v. Gilead Sciences, Inc. | 4:23-cv-01517-JST | Hilliard Martinez Gonzales LLP | 4/19/2023 | 6/18/2023 | | 6/19/2023 | 7/19/2023 | 12/11/2023 |
| 1153074 | Reisman, Iris | Danner, et al. v. Gilead Sciences, Inc. | 4:23-cv-01517-JST | Hilliard Martinez Gonzales LLP | 4/19/2023 | 6/18/2023 | | 6/19/2023 | 7/19/2023 | 12/11/2023 |
| 1153075 | Redish, Doyle | Danner, et al. v. Gilead Sciences, Inc. | 4:23-cv-01517-JST | Hilliard Martinez Gonzales LLP | 4/19/2023 | 6/18/2023 | | 6/19/2023 | 7/19/2023 | 12/11/2023 |
| 1153076 | Phillips, Floyd | Danner, et al. v. Gilead Sciences, Inc. | 4:23-cv-01517-JST | Hilliard Martinez Gonzales LLP | 4/19/2023 | 6/18/2023 | | 6/19/2023 | 7/19/2023 | 12/11/2023 |
| 1153077 | Perry, Jeffrey | Danner, et al. v. Gilead Sciences, Inc. | 4:23-cv-01517-JST | Hilliard Martinez Gonzales LLP | 4/19/2023 | 6/18/2023 | | 6/19/2023 | 7/19/2023 | 12/11/2023 |
| 1153078 | Perez, Orlando | Danner, et al. v. Gilead Sciences, Inc. | 4:23-cv-01517-JST | Hilliard Martinez Gonzales LLP | 4/19/2023 | 6/18/2023 | | 6/19/2023 | 7/19/2023 | 12/11/2023 |
| 1153079 | Perez, Hector | Danner, et al. v. Gilead Sciences, Inc. | 4:23-cv-01517-JST | Hilliard Martinez Gonzales LLP | 4/19/2023 | 6/18/2023 | | 6/19/2023 | 7/19/2023 | 12/11/2023 |
| 1153080 | Pauline, Dawn | Danner, et al. v. Gilead Sciences, Inc. | 4:23-cv-01517-JST | Hilliard Martinez Gonzales LLP | 4/19/2023 | 6/18/2023 | | 6/19/2023 | 7/19/2023 | 12/11/2023 |
| 1153081 | Palacio-Fernandez, Victor | Danner, et al. v. Gilead Sciences, Inc. | 4:23-cv-01517-JST | Hilliard Martinez Gonzales LLP | 4/19/2023 | 6/18/2023 | | 6/19/2023 | 7/19/2023 | 12/11/2023 |
| 1153082 | Patten, Cassandra | Danner, et al. v. Gilead Sciences, Inc. | 4:23-cv-01517-JST | Hilliard Martinez Gonzales LLP | 4/19/2023 | 6/18/2023 | | 6/19/2023 | 7/19/2023 | 12/11/2023 |
| 1153084 | Ortiz, Ramon | Danner, et al. v. Gilead Sciences, Inc. | 4:23-cv-01517-JST | Hilliard Martinez Gonzales LLP | 4/19/2023 | 6/18/2023 | | 6/19/2023 | 7/19/2023 | 12/11/2023 |
| 1153086 | Mitchell, Ralph | Danner, et al. v. Gilead Sciences, Inc. | 4:23-cv-01517-JST | Hilliard Martinez Gonzales LLP | 4/19/2023 | 6/18/2023 | | 6/19/2023 | 7/19/2023 | 12/11/2023 |
| 1153087 | Meeks, Daryl | Danner, et al. v. Gilead Sciences, Inc. | 4:23-cv-01517-JST | Hilliard Martinez Gonzales LLP | 4/19/2023 | 6/18/2023 | | 6/19/2023 | 7/19/2023 | 12/11/2023 |
| 1153088 | McGlone, Bernice | Danner, et al. v. Gilead Sciences, Inc. | 4:23-cv-01517-JST | Hilliard Martinez Gonzales LLP | 4/19/2023 | 6/18/2023 | | 6/19/2023 | 7/19/2023 | 12/11/2023 |
| 1153089 | Martini, Cynthia | Danner, et al. v. Gilead Sciences, Inc. | 4:23-cv-01517-JST | Hilliard Martinez Gonzales LLP | 4/19/2023 | 6/18/2023 | | 6/19/2023 | 7/19/2023 | 12/11/2023 |
| 1153090 | McGee, Melissa | Danner, et al. v. Gilead Sciences, Inc. | 4:23-cv-01517-JST | Hilliard Martinez Gonzales LLP | 4/19/2023 | 6/18/2023 | | 6/19/2023 | 7/19/2023 | 12/11/2023 |
| 1153092 | Malpera, Elda | Danner, et al. v. Gilead Sciences, Inc. | 4:23-cv-01517-JST | Hilliard Martinez Gonzales LLP | 4/19/2023 | 6/18/2023 | | 6/19/2023 | 7/19/2023 | 12/11/2023 |
| 1153093 | Magwood, Michele | Danner, et al. v. Gilead Sciences, Inc. | 4:23-cv-01517-JST | Hilliard Martinez Gonzales LLP | 4/19/2023 | 6/18/2023 | | 6/19/2023 | 7/19/2023 | 12/11/2023 |
| 1153095 | Longest, Jacob | Danner, et al. v. Gilead Sciences, Inc. | 4:23-cv-01517-JST | Hilliard Martinez Gonzales LLP | 4/19/2023 | 6/18/2023 | | 6/19/2023 | 7/19/2023 | 12/11/2023 |

| LMI ID | Plaintiff Name | Case Name | Case Number | Plaintiff Counsel | Date of Consolidation | PFS Original Due Date | PFS Extended Due Date | Date Delinquency Letter Delivered | Delinquency Response Due Date | Counsel Correspondence Date |
|---|---|---|---|---|---|---|---|---|---|---|
| 1153097 | Lee, Sylvia | Danner, et al. v. Gilead Sciences, Inc. | 4:23-cv-01517-JST | Hilliard Martinez Gonzales LLP | 4/19/2023 | 6/18/2023 | | 6/19/2023 | 7/19/2023 | 12/11/2023 |
| 1153098 | Lasota, Joseph | Danner, et al. v. Gilead Sciences, Inc. | 4:23-cv-01517-JST | Hilliard Martinez Gonzales LLP | 4/19/2023 | 6/18/2023 | | 6/19/2023 | 7/19/2023 | 12/11/2023 |
| 1153101 | Korienek, James | Danner, et al. v. Gilead Sciences, Inc. | 4:23-cv-01517-JST | Hilliard Martinez Gonzales LLP | 4/19/2023 | 6/18/2023 | | 6/19/2023 | 7/19/2023 | 12/11/2023 |
| 1153105 | Jorba, Michael | Danner, et al. v. Gilead Sciences, Inc. | 4:23-cv-01517-JST | Hilliard Martinez Gonzales LLP | 4/19/2023 | 6/18/2023 | | 6/19/2023 | 7/19/2023 | 12/11/2023 |
| 1153107 | Jones, Lafayette | Danner, et al. v. Gilead Sciences, Inc. | 4:23-cv-01517-JST | Hilliard Martinez Gonzales LLP | 4/19/2023 | 6/18/2023 | | 6/19/2023 | 7/19/2023 | 12/11/2023 |
| 1153108 | Young, Mary | Danner, et al. v. Gilead Sciences, Inc. | 4:23-cv-01517-JST | Hilliard Martinez Gonzales LLP | 4/19/2023 | 6/18/2023 | | 6/19/2023 | 7/19/2023 | 12/11/2023 |
| 1153112 | Williams, Jonathan | Danner, et al. v. Gilead Sciences, Inc. | 4:23-cv-01517-JST | Hilliard Martinez Gonzales LLP | 4/19/2023 | 6/18/2023 | | 6/19/2023 | 7/19/2023 | 12/11/2023 |
| 1153113 | Williams, James | Danner, et al. v. Gilead Sciences, Inc. | 4:23-cv-01517-JST | Hilliard Martinez Gonzales LLP | 4/19/2023 | 6/18/2023 | | 6/19/2023 | 7/19/2023 | 12/11/2023 |
| 1153116 | Welch, Nicholas | Danner, et al. v. Gilead Sciences, Inc. | 4:23-cv-01517-JST | Hilliard Martinez Gonzales LLP | 4/19/2023 | 6/18/2023 | | 6/19/2023 | 7/19/2023 | 12/11/2023 |
| 1153119 | Walker, Robert | Danner, et al. v. Gilead Sciences, Inc. | 4:23-cv-01517-JST | Hilliard Martinez Gonzales LLP | 4/19/2023 | 6/18/2023 | | 6/19/2023 | 7/19/2023 | 12/11/2023 |
| 1153121 | Valdivia, Gilberto | Danner, et al. v. Gilead Sciences, Inc. | 4:23-cv-01517-JST | Hilliard Martinez Gonzales LLP | 4/19/2023 | 6/18/2023 | | 6/19/2023 | 7/19/2023 | 12/11/2023 |
| 1153122 | Turner, Booker | Danner, et al. v. Gilead Sciences, Inc. | 4:23-cv-01517-JST | Hilliard Martinez Gonzales LLP | 4/19/2023 | 6/18/2023 | | 6/19/2023 | 7/19/2023 | 12/11/2023 |
| 1153955 | Rials, John | Sutton, A., et al. v. Gilead Sciences, Inc. | 4:23-cv-00701-JST | Hilliard Martinez Gonzales LLP | 3/3/2023 | 5/2/2023 | 6/4/2023 | 6/23/2023 | 7/23/2023 | 12/11/2023 |
| 1153956 | Sutton, Anita | Sutton, A., et al. v. Gilead Sciences, Inc. | 4:23-cv-00701-JST | Hilliard Martinez Gonzales LLP | 3/3/2023 | 5/2/2023 | 6/4/2023 | 6/23/2023 | 7/23/2023 | 12/11/2023 |
| 1153957 | McLean, Todd | Sutton, A., et al. v. Gilead Sciences, Inc. | 4:23-cv-00701-JST | Hilliard Martinez Gonzales LLP | 3/3/2023 | 5/2/2023 | 6/4/2023 | 6/23/2023 | 7/23/2023 | 12/11/2023 |
| 1153960 | Kitchens, Larry | Sutton, A., et al. v. Gilead Sciences, Inc. | 4:23-cv-00701-JST | Hilliard Martinez Gonzales LLP | 3/3/2023 | 5/2/2023 | 6/4/2023 | 6/23/2023 | 7/23/2023 | 12/11/2023 |
| 1153961 | Johnson, Mamie | Sutton, A., et al. v. Gilead Sciences, Inc. | 4:23-cv-00701-JST | Hilliard Martinez Gonzales LLP | 3/3/2023 | 5/2/2023 | 6/4/2023 | 6/23/2023 | 7/23/2023 | 12/11/2023 |
| 1153962 | Joel, Gregory | Sutton, A., et al. v. Gilead Sciences, Inc. | 4:23-cv-00701-JST | Hilliard Martinez Gonzales LLP | 3/3/2023 | 5/2/2023 | 6/4/2023 | 6/23/2023 | 7/23/2023 | 12/11/2023 |
| 1153963 | Joe, Patrick | Sutton, A., et al. v. Gilead Sciences, Inc. | 4:23-cv-00701-JST | Hilliard Martinez Gonzales LLP | 3/3/2023 | 5/2/2023 | 6/4/2023 | 6/23/2023 | 7/23/2023 | 12/11/2023 |
| 1153964 | Hickman, Kevin | Sutton, A., et al. v. Gilead Sciences, Inc. | 4:23-cv-00701-JST | Hilliard Martinez Gonzales LLP | 3/3/2023 | 5/2/2023 | 6/4/2023 | 6/23/2023 | 7/23/2023 | 12/11/2023 |
| 1153965 | Garcia, Nathania | Sutton, A., et al. v. Gilead Sciences, Inc. | 4:23-cv-00701-JST | Hilliard Martinez Gonzales LLP | 3/3/2023 | 5/2/2023 | 6/4/2023 | 6/23/2023 | 7/23/2023 | 12/11/2023 |
| 1153966 | Gabbard, Hugh | Sutton, A., et al. v. Gilead Sciences, Inc. | 4:23-cv-00701-JST | Hilliard Martinez Gonzales LLP | 3/3/2023 | 5/2/2023 | 6/4/2023 | 6/23/2023 | 7/23/2023 | 12/11/2023 |
| 1153967 | Coleman, Jerome | Sutton, A., et al. v. Gilead Sciences, Inc. | 4:23-cv-00701-JST | Hilliard Martinez Gonzales LLP | 3/3/2023 | 5/2/2023 | 6/4/2023 | 6/23/2023 | 7/23/2023 | 12/11/2023 |
| 1155906 | Tucker, Edwin | Sutton, Anita, et al. v. Gilead Sciences, Inc. | 4:23-cv-02607-JST | Hilliard Martinez Gonzales LLP | 6/15/2023 | 8/14/2023 | | 8/15/2023 | 9/14/2023 | 12/11/2023 |

| LMI ID | Plaintiff Name | Case Name | Case Number | Plaintiff Counsel | Date of Consolidation | PFS Original Due Date | PFS Extended Due Date | Date Delinquency Letter Delivered | Delinquency Response Due Date | Counsel Correspondence Date |
|---|---|---|---|---|---|---|---|---|---|---|
| 1155907 | Spaulding, Patricia | Sutton, Anita, et al. v. Gilead Sciences, Inc. | 4:23-cv-02607-JST | Hilliard Martinez Gonzales LLP | 6/15/2023 | 8/14/2023 | | 8/15/2023 | 9/14/2023 | 12/11/2023 |
| 1155910 | Oleson, Bruce | Sutton, Anita, et al. v. Gilead Sciences, Inc. | 4:23-cv-02607-JST | Hilliard Martinez Gonzales LLP | 6/15/2023 | 8/14/2023 | | 8/15/2023 | 9/14/2023 | 12/11/2023 |
| 1155912 | Kueny, Stephen | Sutton, Anita, et al. v. Gilead Sciences, Inc. | 4:23-cv-02607-JST | Hilliard Martinez Gonzales LLP | 6/15/2023 | 8/14/2023 | | 8/15/2023 | 9/14/2023 | 12/11/2023 |
| 1155914 | Krichevsky, Scott | Sutton, Anita, et al. v. Gilead Sciences, Inc. | 4:23-cv-02607-JST | Hilliard Martinez Gonzales LLP | 6/15/2023 | 8/14/2023 | | 8/15/2023 | 9/14/2023 | 12/11/2023 |
| 1155919 | Halle, Daniel | Sutton, Anita, et al. v. Gilead Sciences, Inc. | 4:23-cv-02607-JST | Hilliard Martinez Gonzales LLP | 6/15/2023 | 8/14/2023 | | 8/15/2023 | 9/14/2023 | 12/11/2023 |
| 1155921 | Friend, Keith | Sutton, Anita, et al. v. Gilead Sciences, Inc. | 4:23-cv-02607-JST | Hilliard Martinez Gonzales LLP | 6/15/2023 | 8/14/2023 | | 8/15/2023 | 9/14/2023 | 12/11/2023 |
| 1160716 | Johnson, Darren | Johnson, D., et al. v. Gilead Sciences, Inc. | 3:23-cv-01439-JST | Rutherford Law | 8/10/2023 | 10/9/2023 | | 10/10/2023 | 11/9/2023 | |
| 1160717 | Rochester, Roslyn | Johnson, D., et al. v. Gilead Sciences, Inc. | 3:23-cv-01439-JST | Rutherford Law | 8/10/2023 | 10/9/2023 | | 10/10/2023 | 11/9/2023 | |