# EXHIBIT B



March 28, 2023

Jesse Weisshaar

1800 K St. NW, Suite 1000
Washington, D.C. 20006
**t** 202.783.8400
**f** 202.783.4211

**Via LMI Platform**

Christopher Carmona
Pro Se Plaintiff
9919 Meadow Mill Forest Lane
Houston, TX 77044
chriscarmona1986@gmail.com

Re:  Christopher Carmona (Plaintiff ID No. 1146331)
*Carmona v. Gilead Sciences, Inc.*; Case No. 4:22-cv-08921-JST
Delinquent Plaintiff Fact Sheet

Dear Counsel:

Defendant Gilead Sciences, Inc. ("Gilead") has not received a Plaintiff Fact Sheet ("PFS") for the above-referenced Plaintiff in the indicated matter. Plaintiff was required to submit a substantially complete PFS pursuant to the Court's June 4, 2020 Order: Amended Scheduling Order. The PFS for the above-referenced Plaintiff is now overdue. Please submit a substantially complete PFS as soon as possible. Should Plaintiff fail to submit a substantially complete PFS within thirty (30) days of the date of this letter, Gilead will move the Court for dismissal of Plaintiff's claims.

Should you have any questions or concerns regarding this correspondence or believe that you received this notice in error, please direct your inquiries to me at GileadPFSInquiries@shb.com. We are happy to further meet and confer about the above; please contact me to schedule.

Kindly,

*/s/ Jesse Weisshaar*
Jesse Weisshaar
Counsel for Defendant Gilead Sciences, Inc.



August 14, 2023

Jesse Weisshaar

1800 K St. NW, Suite 1000
Washington, D.C. 20006
**t** 202.783.8400
**f** 202.783.4211

**Via Email**

IAN KAUFMAN LAW, LLC
3350 NE 12th Avenue
PO Box 23848
Oakland Park, Florida 33307
(888) 200-3024 – (phone, fax)
ian@iankaufmanlaw.com

      Re:    Angel Lytch (Plaintiff ID No. 1152741)
                *Lytch v. Gilead Sciences, Inc.;* Case No. 4:23-cv-01715-JST
                Delinquent Plaintiff Fact Sheet

Dear Counsel:

      Defendant Gilead Sciences, Inc. ("Gilead") has not received a Plaintiff Fact Sheet ("PFS") for the above-referenced Plaintiff in the indicated matter. Plaintiff was required to submit a substantially complete PFS pursuant to the Court's June 4, 2020 Order: Amended Scheduling Order. The PFS for the above-referenced Plaintiff is now overdue. Please submit a substantially complete PFS as soon as possible. Should Plaintiff fail to submit a substantially complete PFS within thirty (30) days of the date of this letter, Gilead will move the Court for dismissal of Plaintiff's claims.

      Should you have any questions or concerns regarding this correspondence or believe that you received this notice in error, please direct your inquiries to me at GileadPFSInquiries@shb.com. We are happy to further meet and confer about the above; please contact me to schedule.

                                      Kindly,

                                      */s/ Jesse Weisshaar*
                                      Jesse Weisshaar
                                      Counsel for Defendant Gilead Sciences, Inc.



June 19, 2023

Jesse Weisshaar

1800 K St. NW, Suite 1000
Washington, D.C. 20006
**t** 202.783.8400
**f** 202.783.4211

**Via LMI Platform**

Branden Weber
Morgan & Morgan
20 North Orange Avenue, Suite 1600
Orlando, FL 32801
bweber@forthepeople.com

Robert C Hilliard
Hilliard Martinez Gonzales LLP
719 S. Shoreline Blvd.
Corpus Christi, TX 78401
bobh@hmglawfirm.com

Re:  Dominic Hurtado (Plaintiff ID No. 1153008)
     *Danner, et al. v. Gilead Sciences, Inc.*; Case No. 4:23-cv-01517-JST
     Delinquent Plaintiff Fact Sheet

Dear Counsel:

Defendant Gilead Sciences, Inc. ("Gilead") has not received a Plaintiff Fact Sheet ("PFS") for the above-referenced Plaintiff in the indicated matter. Plaintiff was required to submit a substantially complete PFS pursuant to the Court's June 4, 2020 Order: Amended Scheduling Order. The PFS for the above-referenced Plaintiff is now overdue. Please submit a substantially complete PFS as soon as possible. Should Plaintiff fail to submit a substantially complete PFS within thirty (30) days of the date of this letter, Gilead will move the Court for dismissal of Plaintiff's claims.

Should you have any questions or concerns regarding this correspondence or believe that you received this notice in error, please direct your inquiries to me at GileadPFSInquiries@shb.com. We are happy to further meet and confer about the above; please contact me to schedule.

Page 2

        Kindly,

        */s/ Jesse Weisshaar*
        Jesse Weisshaar
        Counsel for Defendant Gilead Sciences, Inc.



October 10, 2023

Jesse Weisshaar

1800 K St. NW, Suite 1000
Washington, D.C. 20006
**t** 202.783.8400
**f** 202.783.4211

**Via LMI Platform**

Jack Rutherford
Rutherford Law
2811 1/2 2nd Avenue
Los Angeles, CA 90018
jack@rfordlaw.com

      Re:    Darren Johnson (Plaintiff ID No. 1160716)
                *Johnson, D., et al. v. Gilead Sciences, Inc.*; Case No. 3:23-cv-01439-JST
                Delinquent Plaintiff Fact Sheet

Dear Counsel:

      Defendant Gilead Sciences, Inc. ("Gilead") has not received a Plaintiff Fact Sheet ("PFS") for the above-referenced Plaintiff in the indicated matter. Plaintiff was required to submit a substantially complete PFS pursuant to the Court's June 4, 2020 Order: Amended Scheduling Order. The PFS for the above-referenced Plaintiff is now overdue. Please submit a substantially complete PFS as soon as possible. Should Plaintiff fail to submit a substantially complete PFS within thirty (30) days of the date of this letter, Gilead will move the Court for dismissal of Plaintiff's claims.

      Should you have any questions or concerns regarding this correspondence or believe that you received this notice in error, please direct your inquiries to me at GileadPFSInquiries@shb.com. We are happy to further meet and confer about the above; please contact me to schedule.

                                Kindly,

                                */s/ Jesse Weisshaar*
                                Jesse Weisshaar
                                Counsel for Defendant Gilead Sciences, Inc.