Eva M. Weiler (SBN 233942)
eweiler@shb.com
SHOOK, HARDY & BACON L.L.P.
5 Park Plaza, Suite 1600
Irvine, CA 92614
Phone: (949) 475-1500  / Fax: (949) 475-0016

*Attorney for Defendant Gilead Sciences, Inc.*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADRIAN HOLLEY, et al., <br><br> *Plaintiffs,* <br><br> vs. <br><br> GILEAD SCIENCES, INC., <br><br> *Defendant.* <br><br> *This documents relates to:* <br><br> *Danner, et al. v. Gilead Sciences, Inc.*, 4:23-cv-01517-JST; <br><br> *Johnson, D., et al. v. Gilead Sciences, Inc.*, 3:23-cv-01439-JST; <br><br> *Lytch v. Gilead Sciences, Inc.*, 4:23-cv-01715-JST; <br><br> *Sutton, A., et al. v. Gilead Sciences, Inc.*, 4:23-cv-00701-JST; <br><br> *Sutton, Anita, et al. v. Gilead Sciences, Inc.*, 4:23-cv-02607-JST. | Case No. 4:18-cv-06972-JST <br><br> **[PROPOSED] ORDER RE: DISMISSAL OF CLAIMS OF PLAINTIFFS LISTED ON APPENDIX A TO THIS ORDER [FAILURE TO SERVE PLAINTIFF FACT SHEETS]** |

## [PROPOSED] ORDER

The Court has considered the papers in support of and in opposition to Defendant Gilead Sciences, Inc.'s ("Gilead's") motion to dismiss the claims of Plaintiffs listed in Appendix A to this Order ("Plaintiffs") for failure to submit Plaintiff Fact Sheets ("PFSs") as required by the provisions of the Court's Case Management Order on Plaintiff Fact Sheets and Document Productions (ECF No. 83) and the Court's Amended Scheduling Order (ECF No. 278) ("Motion").

GOOD CAUSE APPEARING, including Gilead notifying Plaintiffs of their failure to submit PFSs, service of the notice of the Motion, and Plaintiffs' continued failure to submit PFSs,

IT IS HEREBY ORDERED that Gilead's Motion is **GRANTED**;

IT IS FURTHER ORDERED that the above-captioned action or actions consolidated therewith are dismissed without prejudice, under Federal Rules of Civil Procedure 37(b)(2)(A)(v) and 41(b), as to Plaintiffs listed in Appendix A to this Order only.

**IT IS SO ORDERED**.

Dated: _____

Honorable Jon S. Tigar

2

[PROPOSED] ORDER RE: DISMISSAL OF CLAIMS OF PLAINTIFFS LISTED ON APPENDIX A TO THIS ORDER [FAILURE TO SERVE PLAINTIFF FACT SHEETS] – NO. 4:18-CV-06972-JST