1  Eva M. Weiler (SBN 233942)
   SHOOK, HARDY & BACON L.L.P.
2  5 Park Plaza, Suite 1600
   Irvine, CA 92614
3  T: (949) 475.1500 / Fax: (949) 475.0016
   Email: eweiler@shb.com
4
   *Attorney for Defendant Gilead Sciences, Inc.*
5

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADRIAN HOLLEY, et al., *Plaintiffs,* vs. GILEAD SCIENCES, INC., *Defendant.* *This documents relates to Plaintiff Darren Johnson, whose claim was originally filed in Johnson, D., et al. v. Gilead Sciences, Inc., Case No. 3:23-cv-01439-JST* | Case No. 4:18-cv-06972-JST **[PROPOSED] ORDER RE: DISMISSAL OF CLAIMS OF PLAINTIFFS LISTED ON APPENDIX A TO THIS ORDER [FAILURE TO RESPOND TO GILEAD'S DEFICIENCY NOTICES]** [Filed concurrently with Defendant Gilead Sciences, Inc.'s Notice of Motion and Fifth Motion To Dismiss Plaintiff's Claims For Failure To Respond To Plaintiff Fact Sheet Deficiency Notice; Declaration of Eva M. Weiler in Support of Motion] |

# [PROPOSED] ORDER

The Court has considered the papers in support of and in opposition to Defendant Gilead Sciences, Inc.'s ("Gilead's") motion to dismiss the claims of Plaintiff Darren Johnson for failure to respond to Gilead's Plaintiff Fact Sheet ("PFS") deficiency notice as required by the provisions of the Court's Case Management Order on Plaintiff Fact Sheets and Document Productions (ECF No. 83) and the Court's Amended Scheduling Order (ECF No. 278) ("Motion").

GOOD CAUSE APPEARING, including Gilead notifying Plaintiff of their failure to respond, service of the notice of the Motion, and Plaintiff's continued failure respond to Gilead's PFS deficiency notices,

IT IS HEREBY ORDERED that Gilead's Motion is **GRANTED**;

IT IS FURTHER ORDERED that the above-captioned action or actions consolidated therewith are dismissed without prejudice, under Federal Rules of Civil Procedure 37(b)(2)(A)(v) and 41(b), as to Plaintiff Darren Johnson.

**IT IS SO ORDERED**.

Dated: _____

                                        _____
                                        Honorable Jon S. Tigar

2

[PROPOSED] ORDER RE: DISMISSAL OF CLAIMS OF PLAINTIFF DARREN JOHNSON [FAILURE TO RESPOND TO GILEAD'S DEFICIENCY NOTICES] – NO. 4:18-CV-06972-JST